FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 20 2011
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:11-00079 |
| v. ) | |
| ) | 21 U.S.C. § 841 |
| WILLIAM LESTER DONALDSON ) | 18 U.S.C. § 2 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about August 13, 2010, in the Middle District of Tennessee, **WILLIAM LESTER DONALDSON**, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about August 27, 2010, in the Middle District of Tennessee, **WILLIAM LESTER DONALDSON**, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about September 17, 2010, in the Middle District of Tennessee, **WILLIAM LESTER DONALDSON**, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about September 30, 2010, in the Middle District of Tennessee, **WILLIAM LESTER DONALDSON**, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about October 5, 2010, in the Middle District of Tennessee, **WILLIAM LESTER DONALDSON**, did unlawfully, knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

███████████████
FOREPERSON

*[signature]*
JERRY E. MARTIN
UNITED STATES ATTORNEY

*[signature]*
LYNNE T. INGRAM
ASSISTANT U.S. ATTORNEY