IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11cr00079 |
| | ) | CHIEF JUDGE HAYNES |
| WILLIAM LESTER DONALDSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's motion to set status conference (Docket Entry No. 30), that is **GRANTED**. This action is set for status conference on **Thursday, August 30, 2012 at 3:30 p.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge