UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:11-00079 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| WILLIAM LESTER DONALDSON | ) | |

## MOTION TO CONTINUE TRIAL DATE
## AND HOLD AN EVIDENTIARY HEARING

The United States of America, by and through its attorneys, the United States Attorney for the Middle District of Tennessee, Jerry E. Martin, and Assistant U.S. Attorney Lynne T. Ingram, hereby requests this Court to continue the above-listed defendant's trial date, currently scheduled for November 13, 2012, and hold an evidentiary hearing in its place. This request is to allow the government sufficient time to respond to the Suppression Motion that the defendant's counsel filed on October 30, 2012, after the scheduled deadline. (Dk. Entry 38.) The undersigned is currently working on the response and will file it by Friday, November 9, 2012. Additionally, the undersigned requests that the trial is rescheduled for a date no later than November 27, 2012, due to the undersigned counsel's upcoming maternity leave and current trial calendar.

*[handwritten notation: DENIED as moot. /s/ 11-13-12]*