UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.                           No. 3:11-cr-00079
                            JUDGE HAYNES

WILLIAM LESTER DONALDSON

[Handwritten annotation: Granted. Sentencing will be reset by separate order. /s/ Judge 3-21-13]

## MOTION TO CONTINUE SENTENCING HEARING AND ALL DATES RELATIVE TO THE SENTENCING OF THE DEFENDANT

Comes now the defendant, William Lester Donaldson, by and through his undersigned counsel, and hereby moves this Court for the entry of an Order continuing the sentencing hearing and the deadlines for filing pleadings relative to sentencing to a date convenient to the Court and counsel. In support hereof, defendant states as follows:

1. That sentencing hearing in this cause is currently set for Friday, April 5, 2013, at 3:00 p.m.

2. That lead counsel for the defendant, the Honorable Peter Strianse, has been in a trial in the case of the United States of America vs. Omega Harris docket number 3:09-00240 before the Honorable John Nixon, Senior Judge, since January 29, 2013, and said trial is still ongoing.

3. That on Friday, March 15, 2013, one of the State cases against the defendant in the General Sessions Court for Clay County, Tennessee, *intimidation of a witness*, was dismissed and that dismissal will be a portion of the defendant's objections to the pre-sentence investigation report. A transcript of that hearing has been ordered but is not yet available.

4. It is anticipated that there will more than one objection to the pre-sentence investigation report which will not be able to be resolved even after diligent efforts by both parties.